**JUDGE MARRERO**          09 CV 5710

ADRMOP, CLOSED, E-Filing, TRANSF

# U.S. District Court
## California Northern District (Oakland)
### CIVIL DOCKET FOR CASE #: 4:08-cv-05591-SBA
### Internal Use Only

Kavitz v. International Business Machines Corporation
Assigned to: Hon. Saundra Brown Armstrong
Cause: 28:1332 Diversity-Other Contract

Date Filed: 12/16/2008
Date Terminated: 06/02/2009
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

David A. Kavitz



represented by **Alfred Dovbish**
Attorney at Law
98 Main Street
Suite 216
Tiburon, CA 94920
415/924-0808
Fax: 415-435-9969
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

International Business Machines Corporation

represented by **Mitchell F. Boomer**
Jackson Lewis LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105
415-394-9400
Fax: 415-394-9401
Email: boomerm@jacksonlewis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Christine Young**
Jackson Lewis LLP
199 Fremont St.
10th Fl.
San Francisco, CA 94105-2249
415-394-9400 x6320
Fax: 415-394-9401
Email: youngc@jacksonlewis.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/16/2008 | 1 | COMPLAINT / issued summons against International Business Machines Corporation ( Filing fee $ 350, receipt number 34611026578.). Filed by David A. Kavitz. (ga, COURT STAFF) (Filed on 12/16/2008) (Entered: 12/17/2008) |
| 12/16/2008 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 3/19/2009. Case Management Conference set for 3/26/2009 10:00 AM.. Signed by Judge Maria-Elena James on 12/16/08. (Attachments: # 1 Standing Order)(ga, COURT STAFF) (Filed on 12/16/2008) |

| | | |
|---|---|---|
| | | (Entered: 12/17/2008) |
| 12/16/2008 | | CASE DESIGNATED for Electronic Filing. (ga, COURT STAFF) (Filed on 12/16/2008) (Entered: 12/17/2008) |
| 12/31/2008 | 3 | SUMMONS Returned Executed by David A. Kavitz. International Business Machines Corporation served on 12/29/2008, answer due 1/20/2009. (ga, COURT STAFF) (Filed on 12/31/2008) (Entered: 01/08/2009) |
| 01/16/2009 | 4 | STIPULATION *To Extend Time to Respond to Complaint* by International Business Machines Corporation. (Young, Sarah) (Filed on 1/16/2009) (Entered: 01/16/2009) |
| 01/30/2009 | 5 | *Defendant's Answer to Plaintiff's Complaint* ANSWER to Complaint byInternational Business Machines Corporation. (Boomer, Mitchell) (Filed on 1/30/2009) (Entered: 01/30/2009) |
| 03/11/2009 | 6 | ADR Clerks Notice re: Non-Compliance with Court Order. (tjs, COURT STAFF) (Filed on 3/11/2009) (Entered: 03/11/2009) |
| 03/17/2009 | 7 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options (Young, Sarah) (Filed on 3/17/2009) (Entered: 03/17/2009) |
| 03/17/2009 | 8 | Declination to Proceed Before a U.S. Magistrate Judge by International Business Machines Corporation. (Young, Sarah) (Filed on 3/17/2009) (Entered: 03/17/2009) |
| 03/19/2009 | 9 | Certificate of Interested Entities by International Business Machines Corporation (Young, Sarah) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 10 | JOINT CASE MANAGEMENT STATEMENT *and Proposed Order* filed by International Business Machines Corporation, David A. Kavitz. (Young, Sarah) (Filed on 3/19/2009) Modified on 5/5/2009 (jlm, COURT STAFF). (Entered: 03/19/2009) |
| 03/23/2009 | 11 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (bjt, COURT STAFF) (Filed on 3/23/2009) (Entered: 03/23/2009) |
| 03/25/2009 | 12 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Saundra Brown Armstrong for all further proceedings. Judge Magistrate Judge Maria-Elena James no longer assigned to the case. Signed by Executive Committee on 3/25/09. (mab, COURT STAFF) (Filed on 3/25/2009) (Entered: 03/25/2009) |
| 03/25/2009 | | (Court only) ***Deadlines terminated. (jlm, COURT STAFF) (Filed on 3/25/2009) (Entered: 03/26/2009) |
| 03/25/2009 | | (Court only) ***Deadlines terminated. (jlm, COURT STAFF) (Filed on 3/25/2009) (Entered: 03/26/2009) |
| 04/03/2009 | 13 | CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASES: Case Management Conference set for 5/13/2009 03:00 PM. VIA TELEPHONE. Signed by Judge ARMSTRONG on 4/3/09. (lrc, COURT STAFF) (Filed on 4/3/2009) Modified on 4/6/2009 (jlm, COURT STAFF). (Entered: 04/03/2009) |
| 04/07/2009 | 14 | MOTION to Transfer Case Venue, filed by International Business Machines Corporation. Motion Hearing set for 5/12/2009 1:00 PM in Courtroom 3, 3rd Floor, Oakland. (Young, Sarah) (Filed on 4/7/2009) Modified on 4/8/2009 (jlm, COURT STAFF). (Entered: 04/07/2009) |
| 04/07/2009 | 15 | Request for Judicial Notice re 14 *Motion to Transfer Case Venue* filed by International Business Machines Corporation. (Related document(s) 14 ) (Young, Sarah) (Filed on 4/7/2009) Modified on 4/8/2009 (jlm, COURT STAFF). (Entered: 04/07/2009) |
| 04/07/2009 | 16 | Declaration of Hugh Flannery in Support of 14 *Motion to Transfer Case Venue*, filed by International Business Machines Corporation. (Related document(s) 14 ) (Young, Sarah) (Filed on 4/7/2009) Modified on 4/8/2009 (jlm, COURT STAFF). (Entered: 04/07/2009) |

| | | |
|---|---|---|
| 04/07/2009 | 17 | Proposed Order re 14 *Motion to Transfer Case Venue* filed by International Business Machines Corporation. (Young, Sarah) (Filed on 4/7/2009) Modified on 4/8/2009 (jlm, COURT STAFF). (Entered: 04/07/2009) |
| 04/07/2009 | 18 | CERTIFICATE OF SERVICE by International Business Machines Corporation re 16 *Declaration in Support*, 17 *Proposed Order*, 14 *Motion to Transfer Case Venue* 15 and *Request for Judicial Notice* (Young, Sarah) (Filed on 4/7/2009) Modified on 4/8/2009 (jlm, COURT STAFF). (Entered: 04/07/2009) |
| 04/07/2009 | | Set/Reset Deadlines as to 14 *Motion to Transfer Case Venue* . Motion Hearing set for 5/12/2009 01:00 PM in Courtroom 3, 3rd Floor, Oakland. (jlm, COURT STAFF) (Filed on 4/7/2009) (Entered: 04/08/2009) |
| 04/08/2009 | 19 | CLERKS NOTICE Continuing Motion Hearing to 5/19/2009 at 01:00 PM in Courtroom 3, 3rd Floor, Oakland. (lrc, COURT STAFF) (Filed on 4/8/2009) Modified on 4/9/2009 (jlm, COURT STAFF). (Entered: 04/08/2009) |
| 04/21/2009 | 20 | MOTION for Exclusion from Electronic Filing filed by David A. Kavitz. (jlm, COURT STAFF) (Filed on 4/21/2009) (Entered: 04/21/2009) |
| 04/21/2009 | 21 | Memorandum in Opposition re 14 *Motion to Transfer Case Venue* filed byDavid A. Kavitz. (jlm, COURT STAFF) (Filed on 4/21/2009) (Entered: 04/21/2009) |
| 04/21/2009 | 22 | DECLARATION of David A. Kravitz in Opposition to 14 *Motion to Transfer Case Venue* filed byDavid A. Kavitz. (Related document(s) 14 ) (jlm, COURT STAFF) (Filed on 4/21/2009) (Entered: 04/22/2009) |
| 05/01/2009 | 23 | ORDER by Judge Saundra Brown Armstrong, GRANTING 20 Motion to be Excused From Electronic Case Filing (lrc, COURT STAFF) (Filed on 5/1/2009) Modified on 5/5/2009 (jlm, COURT STAFF). (Entered: 05/01/2009) |
| 05/01/2009 | 24 | CASE MANAGEMENT STATEMENT and Proposed Order, filed by International Business Machines Corporation. (Young, Sarah) (Filed on 5/1/2009) Modified on 5/5/2009 (jlm, COURT STAFF). (Entered: 05/01/2009) |
| 05/01/2009 | 25 | CERTIFICATE OF SERVICE by International Business Machines Corporation re 24 *Case Management Statement and Proposed Order* (Young, Sarah) (Filed on 5/1/2009) Modified on 5/5/2009 (jlm, COURT STAFF). (Entered: 05/01/2009) |
| 05/05/2009 | 26 | Reply to Opposition 14 *Motion to Transfer Case Venue* filed by International Business Machines Corporation. (Young, Sarah) (Filed on 5/5/2009) Modified on 5/6/2009 (jlm, COURT STAFF). (Entered: 05/05/2009) |
| 05/05/2009 | 27 | CERTIFICATE OF SERVICE by International Business Machines Corporation re 26 *Reply to Opposition* (Young, Sarah) (Filed on 5/5/2009) Modified on 5/6/2009 (jlm, COURT STAFF). (Entered: 05/05/2009) |
| 05/13/2009 | 28 | Revised Proposed Order re 14 *Motion to Transfer Case,* filed by International Business Machines Corporation. (Boomer, Mitchell) (Filed on 5/13/2009) Modified on 5/14/2009 (jlm, COURT STAFF). (Entered: 05/13/2009) |
| 05/13/2009 | 29 | CERTIFICATE OF SERVICE by International Business Machines Corporation re 28 *Revised Proposed Order* (Boomer, Mitchell) (Filed on 5/13/2009) Modified on 5/14/2009 (jlm, COURT STAFF). (Entered: 05/13/2009) |
| 05/13/2009 | | (Court only) ***Deadlines terminated. (jlm, COURT STAFF) (Filed on 5/13/2009) (Entered: 05/14/2009) |
| 05/13/2009 | 34 | Minute Entry: Initial Case Management Conference held on 5/13/2009 before Judge Saundra Brown Armstrong (Date Filed: 5/13/2009). (Court Reporter: Not Reported) (lrc, COURT STAFF) (Date Filed: 5/13/2009) Modified on 5/26/2009 (jlm, COURT STAFF). (Entered: 05/22/2009) |

| | | |
|---|---|---|
| 05/19/2009 | | (Court only) ***Deadlines terminated. (jlm, COURT STAFF) (Filed on 5/19/2009) (Entered: 05/22/2009) |
| 05/21/2009 | 30 | RESPONSE to *Plaintiff's Supplement to Opposition to Motion to Transfer Venue* filed by International Business Machines Corporation. (Boomer, Mitchell) (Filed on 5/21/2009) Modified on 5/22/2009 (jlm, COURT STAFF). (Entered: 05/21/2009) |
| 05/21/2009 | 31 | Declaration of S. Christine Young in Support of 30 *Defendant's Response to Plaintiff's Supplement to Opposition to Motion to Transfer Venue* filed by International Business Machines Corporation. (Related document(s) 30 ) (Boomer, Mitchell) (Filed on 5/21/2009) Modified on 5/22/2009 (jlm, COURT STAFF). (Entered: 05/21/2009) |
| 05/21/2009 | 32 | Proposed Order re 14 *Motion to Transfer Case Venue* filed by International Business Machines Corporation. (Boomer, Mitchell) (Filed on 5/21/2009) Modified on 5/22/2009 (jlm, COURT STAFF). (Entered: 05/21/2009) |
| 05/21/2009 | 33 | CERTIFICATE OF SERVICE by International Business Machines Corporation re 32 Proposed Order, 30 Response in Support, 31 Declaration in Support, (Boomer, Mitchell) (Filed on 5/21/2009) (Entered: 05/21/2009) |
| 05/21/2009 | 35 | Supplemental Memorandum in Opposition re 14 *Motion to Transfer Case Venue* filed byDavid A. Kavitz. (Attachments: # 1 Proposed Order)(jlm, COURT STAFF) (Filed on 5/21/2009) (Entered: 05/28/2009) |
| 05/21/2009 | 36 | ***ERRONEOUS ENTRY, PLEASE IGNORE*** (jlm, COURT STAFF) (Filed on 5/21/2009) Modified on 5/28/2009 (jlm, COURT STAFF). (Entered: 05/28/2009) |
| 06/02/2009 | 37 | ORDER TRANSFERRING CASE to U.S. District Court, Southern District of New York. Signed by Judge Saundra Brown Armstrong, on 6/1/09. (lrc, COURT STAFF) (Filed on 6/2/2009) Modified on 6/3/2009 (jlm, COURT STAFF). (Entered: 06/02/2009) |
| 06/17/2009 | 38 | CLERK'S NOTICE re transmission of certified copy of Transfer Order, certified copy of docket entries and electronic case file documents to USDC for the Southern District of New York. Counsel notified (jlm, COURT STAFF) (Filed on 6/17/2009) (Entered: 06/17/2009) |