Mitchell F. Boomer  (State Bar No. 121441)
S. Christine Young (State Bar No. 253964)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California  94105
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401
boomerm@jacksonlewis.com
youngc@jacksonlewis.com

Attorneys for Defendant
INTERNATIONAL BUSINESS
MACHINES CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. KAVITZ,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION, a New York corporation,<br><br>Defendant. | Case No. CV 08 5591 SBA<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER VENUE**<br><br>Date:        May 12, 2009<br>Time:        1:00 p.m.<br>Courtroom: 3<br><br>Complaint Filed:   December 16, 2008<br>Trial Date:           None set |

TO PLAINTIFF AND HIS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on May 12, 2009 at 1:00 p.m. in Courtroom 3 of the United States District Court – Northern District of California, Oakland Division at 1301 Clay Street, 3rd Floor, Oakland, California, Defendant INTERNATIONAL BUSINESS MACHINES CORPORATION ("IBM"), by and through its attorneys of record, hereby respectfully requests that the Court take judicial notice pursuant to Federal Rule of Evidence Rule 201 of the following document in support of IBM's Motion to Transfer Venue.

1.        Plaintiff's Complaint filed in the United States District Court for the Northern District of California, <u>Kavitz v. International Business Machines Corporation</u>, Case No. CV-08-5591-SBA filed on December 16, 2008.  Attached hereto as Exhibit "A" is a true and

1

1  correct copy of said Complaint.

2

3  Dated: April __1__, 2009                    Respectfully submitted,

4                                              JACKSON LEWIS LLP

5

6

7                                              Mitchell F. Boomer
                                               S. Christine Young
8                                              Attorneys for Defendant
                                               INTERNATIONAL BUSINESS
9                                              MACHINES CORP.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1   H:\I\IBM Corporate Litigation (40134)\Kavitz, David (132264)\Pleadings\Drafts (empty when final)\20090313 Decl. ISO Motion to
    Transfer Venue (draft).doc

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR JUDICIAL NOTICE ISO DEFT'S                    CASE NO. CV 08 5591 SBA
MOTION TO TRANSFER VENUE

# EXHIBIT A

1  ALFRED DOVBISH, ESQ. SBN 34958
   98 Main Street, Ste. 216
2  Tiburon, CA 94920
   Tel:  (415) 924-0808
3  Fax:  (415) 435-9969

4  Attorney for Plaintiff
   DAVID A. KAVITZ

5

6               UNITED STATES DISTRICT COURT

7            NORTHERN DISTRICT OF CALIFORNIA

8  DAVID A. KAVITZ,                CASE NO:  5591

9       Plaintiff,              COMPLAINT FOR DAMAGES FOR:
                                 1.  BREACH OF CONTRACT;
10 vs.                           2.  VIOLATION OF COVENANT
                                     OF GOOD FAITH AND FAIR
11 INTERNATIONAL BUSINESS MACHINES   DEALING;
   CORPORATION, a New York corpor-  3.  BREACH OF FIDUCIARY
12 ation,                            DUTY;
                                 4.  MONEY HAD AND RECEIVED
13      Defendant.

14

15                              JURY TRIAL DEMANDED

16     Plaintiff DAVID A. KAVITZ, through undersigned counsel,

17 complains and alleges as follows:

18

19          PARTIES, JURISDICTION & VENUE

20     1.  Plaintiff DAVID A. KAVITZ ("KAVITZ") is, was, and at

21 all relevant times has been a resident of Austin, Texas.

22     2.  Defendant International Business Machines corporation

23 ("IBM") is a New York corporation.

24     3.  The various aspects giving rise to the subject causes

25 of action occurred geographically in this district and in New

26
   COMPLAINT FOR DAMAGES

                            -1-

York, Georgia, Illinois and Texas.

4.   There is a diversity of citizenship by virtue of KAVITZ being a resident of Austin, Texas and IBM being head-quartered in  Armonk, New York.

5.   The damages claimed herein are in excess of the statutory minimum for Federal jurisdiction.

## FACTUAL BACKGROUND

6.   Until July, 2001 KAVITZ was employed as a sales repre-sentative for Informix Data Base Software, his major account being Motorola.

7.   In July of 2001 IBM acquired Informix Data Base Soft-ware and KAVITZ became Software Sales Representative for IBM (more specifically identified as OEM Stategic Accounts) and continued to service the Motorola account and bringing in over $20,000,000.00 in revenue for IBM from the Motorola account alone.

8.   Effective January 1, 2006 IBM presented KAVITZ with an Incentive Plan Letter (the "CONTRACT") outlining the goals KAVITZ was expected to meet (copy attached as Exhibit A) which included the followig (see Exhibit A, page 3, "Sig-nificant Transactions"):

"IBM management reserves the right to review and, at its sole discretion, adjust incentive payments assoc-iated with transactions: (1) which are disproportionate when compared with the territory opportunity or quota

COMPLAINT FOR DAMAGES

-2-

size; or (2) for which the incentive payments are disproportionate when compared with the individual's performance contributions toward the transactions."

9.   Based upon the work performed by KAVITZ in 2006 IBM recognized an income of $3,800,000.00 for the Motorola account, primarily all due to the efforts of KAVITZ.

10.   Based upon IBM's incentive program KAVITZ was due the sum of $359,748.02 for the year ending December 31, 2006 per "Commission Statement" (copy attached as Exhibit B - see page 1).

11.   Instead, IBM arbitrarily reduced the monies due KAVITZ by approximately two thirds to $114,961.80, which reduction was made without justification by IBM (page 2 Exhibit B).

### FIRST CAUSE OF ACTION

### Breach of Contract

12.   KAVITZ realleges and incorporates by reference those allegations set forth in Paragraphs 1-11, supra, as though fully set forth herein.

13.   In doing the acts alleged above IBM breached the express terms of the CONTRACT with KAVITZ.

14.   KAVITZ has performed all of his obligations under the CONTRACT.

COMPLAINT FOR DAMAGES

-3-

15.   As a proximate result of IBM's breach KAVITZ has suffered damages in the amount of $244,786.22.

## SECOND CAUSE OF ACTION

### Violation of Good Faith and Fair Dealing

16.   KAVITZ realleges and incorporates by reference those allegations set forth in Paragraphs 1-15, supra, as though fully set forth herein.

17.   IBM has violated the covenant good faith and fair dealing inherent in every contractual relation.

18.   The CONTRACT was prepared by IBM and required KAVITZ, at the risk of his position, to agree to the terms of the Incentive Program.

19.   Based upon his long term relation with Motorola and his ongoing position in IBM, KAVITZ, in good faith, fully performed pursuant to the terms of the CONTRACT.

20.   IBM, on the other hand, without notification and without explanation, violated its covenant of good faith and fair dealing with KAVITZ and denying him compensation in the amount of $244,786.22.

## THIRD CAUSE OF ACTION

### Breach of Fiduciary Duty

21.   KAVITZ realleges and incorporates by reference those allegations set forth in Paragraphs 1-20, supra, as though

COMPLAINT FOR DAMAGES

-4-

fully set forth herein.

22.   As a result of its CONTRACT IBM owed a fiduciary duty of candor and trust to KAVITZ and breached its fiduciary duty by doing the acts set forth hereinabove.

23.   As a proximate result of IBM's breach, KAVITZ has suffered damages in the amount of $244,786.22.

24.   In doing the acts alleged herein an assessment of punitive damages against IBM is warranted in an amount appropriate to punish IBM and deter it from engaging in similar misconduct.

## FOURTH CAUSE OF ACTION

### Money Had and Received

25.   KAVITZ realleges and incorporates by reference those allegations set forth in Paragraphs 1-24, supra, as though fully set forth herein.

26.   As a result of IBM's acts as alleged above, IBM has received monies totalling $244,786.22 to which KAVITZ is rightfully entitled, thereby keeping said funds for itself.

WHEREFORE, David A. Kavitz prays for the following relief:

On the First Cause of Action

A.   Damages in the amount of $244,786.22.

B.   Interest at the legal rate from January 1, 2007.

C.   Attorney fees and costs.

COMPLAINT FOR DAMAGES

-5-

On the Second Cause of Action

    A.  Damages in the amount of $244,786.22.

    B.  Interest at the legal rate from January 1, 2007.

    C.  Attorney fees and costs.

On the Third Cause of Action

    A.  Damages in the amount of $244,786.22.

    B.  Interest at the legal rate from January 1, 2007.

    C.  Punitive damages.

    D.  Attorney fees and costs.

On the Fourth Cause of Action

    A.  Damages in the amount of $244,786,22,

    B.  Interest at the legal rate from January 1, 2007.

    C.  Punitive damages.

Dated: _12-16-08_

_____
ALFRED DOVBISH
Attorney for DAVID A. KAVITZ

COMPLAINT FOR DAMAGES

# EXHIBIT A

Field Management System | View Letter



**Field Management System**

| | | | |
|---|---|---|---|
| BluePages | Search | HelpNow | Feedback |



Incentive Plan Letter >

🖨 Print version

## View Letter

**IBM Confidential**



View Letter



Related Links

🔒 Site Secured by
IBM Intranet Password

### Letter dates/status:
| | |
|---|---|
| Accepted date: | 30/01/2006 |
| Status: | Accepted |
| HR status: | HR approved |

### Employee details:
| | |
|---|---|
| Incentive plan year: | 2006 |
| Name: | David A. Kavitz |
| Name in local language: | David A. Kavitz |
| Serial number: | 5A8152 |
| Country: | 897 - UNITED STATES |
| Organization: | SSW - Software Group |
| Business unit: | WCH - SW/Channels/Sales |
| Department: | NVXA |
| First plan date of current year: | 01/01/2006 |
| Manager of eligible employee - Name: | Andre Temidis |
| Manager of eligible employee - Serial: | 5A8785 |
| Manager of eligible employee - Cty: | 897 - UNITED STATES |
| Manager of eligible employee - Second level: | Hugh Flannery/Edison/IBM@IBMUS |
| Role: | Rep BP Info Mgmt Strategic Partner |
| Role level: | Eligible employee |
| Assigned coverage model: | TERR – TERRITORY |
| Coverage id: | |
| Preferred route to market: | 6 - Solution Provider / Core BP |

### Plan details:
| | | | |
|---|---|---|---|
| Plan start date: | 01/01/2006 | Plan end date: | 31/12/2006 |
| Plan type/name: | SW291 - 55/45 - 55/20/25 | | |
| Plan calc type: | % of TI | | |
| Plan length: | Annual | | |
| Base pay %: | 54.67 | Target incentive %: | 45.33 |
| OTE %: | 150.00 | Full year/assigned: | F |

**EXHIBIT** _A_ _1 of 4_

Case 4:08-cv-05591-CBA Document 1-5 Filed 06/23/09 Page 13 of 22
Field Management System | View Letter
Case 3:08-cv-05591-MEJ      Document 1      Filed 12/16/2008      Page 9 of 18

## Incentive element details:

**PRI**
Revenue

| | | | |
|---|---|---|---|
| Weight: | 55.00 % of TI | Ind/ Small team/ Large team: | I |
| Main / overlay: | P | Currency Ind: | P |
| Measurable via system: | | | |

| | |
|---|---|
| Total quota: | 1,725,806.00 |

| | |
|---|---|
| Unit of measure: | Revenue |

| | |
|---|---|
| Territory description in English: | Information Management OEM Named Accounts |

**SEC**
Revenue

| | | | |
|---|---|---|---|
| Weight: | 20.00 % of TI | Ind/ Small team/ Large team: | I |
| Main / overlay: | P | Currency Ind: | P |
| Measurable via system: | | | |

| | |
|---|---|
| Total quota: | 1,137,647.00 |

| | |
|---|---|
| Unit of measure: | Revenue |

| | |
|---|---|
| Territory description in English: | Information Management OEM Named Accounts |

**6TH**
Challenges

| | |
|---|---|
| Weight: | 25.00 % of TI |

## OTHER IMPORTANT INFORMATION

**Right to Modify or Cancel:**

This document states IBM s policies and procedures as they exist

**EXHIBIT** A 254

Case 4:09-cv-05591-CBB AD Document 1-15 Filed 06/23/09 Page 4 of 22
Field Management System | View Letter
Case 3:08-cv-05591-MEJ    Document 1    Filed 12/16/2008    Page 10 of 18    Page 3 of 4

at the time of publication. The Incentive Plan is described in detail on the internal Incentive Plan Website ( Plan ), and you should rely on the information provided on the Website for complete and up-to-date information. The Plan does not constitute an express or implied contract or a promise by IBM to make any distributions under it. IBM reserves the right to adjust the Plan terms, including but not limited to any quotas and target incentives, or to cancel the Plan, for any individual or group of individuals, at any time during the Plan period up until any related incentive payments have been earned under its terms. Because of the need for confidentiality, decisions regarding changes to IBM s programs, practices, or policies are generally not discussed or evaluated below the highest levels of management. Managers and their representatives below such levels do not know whether IBM will or will not change or adopt any particular compensation plan; nor are they in a position to advise any employee on, or speculate about, future plans. Employees should make no assumptions about the impact potential Plan changes may have on their personal situations unless and until any such changes are formally announced by IBM.

**Advances:**

Periodic distributions you may receive under the Plan are advances paid to you prior to your earning of the incentive. Because Incentive Plan quotas or similar sales objectives for annual plans are designed based on full year performance results, 2006 incentives are earned on January 31, 2007, provided the following conditions have been met: (1) you have complied with the Incentive Plan; (2) you have not engaged in any fraud or misrepresentation relating to any of your sales transactions or incentives; and (3) the customer has paid the invoice for the sales transaction related to your incentive. If any of the foregoing conditions have not been met, then the incentive is not earned. Deductions for overpayments may be made from advances paid to you up until the date those advances become earned incentives.

**Progress Reports:**

Any progress reports regarding Plan achievement that may be distributed to employees during the year are provided for informational purposes only, and do not constitute a promise by IBM to make any specific distributions to any employee.

**Salary:**

Any incentive opportunity communicated to you which includes some aspect of salary in the calculation reflects the salary in effect on the date such communication was prepared. Actual earnings opportunities will take into account any salary adjustments that may be made during the year.

**Significant Transactions:**

IBM Management reserves the right to review and, in its sole discretion, adjust incentive payments associated with transactions: (1) which are disproportionate when compared with the territory opportunity or quota size; or (2) for which the incentive payments are disproportionate when compared with the individual s performance contribution towards the transactions.

EXHIBIT A 3 of 4

Case 4:08-cv-05591-CW Document 1-5 Filed 06/23/09 Page 15 of 22
Field Management System | View Letter
Case 3:08-cv-05591-MEJ     Document 1     Filed 12/16/2008     Page 11 of 18

**Payment Thresholds:**

For Plans with minimum periodic thresholds for specific incentive elements, those minimum targets must be met for the related periodic incentive payment to be released. Target Incentive earnings opportunities assume achievement of all applicable minimum periodic thresholds. For specific threshold criteria, if any, that apply to your incentive Plan, view your full Plan details using the link to the Incentive Plan Website provided above.

**Applicability:**

In the event any provision of this Disclaimer is held to be invalid or unenforceable, the remaining provisions of this Disclaimer remain in full force and effect.

END OF DISCLAIMER

**Manager Comments:**

FMS build 5.5 (5.5.1.1)

EXHIBIT A 4 of 4

# **EXHIBIT B**

Case 4:08-cv-06531-CW Document 1-15 Filed 06/23/09 Page 17 of 22
Case 3:08-cv-05591-MMC Document 1 Commission statement Filed 12/16/2008 Page 13 of 18    Page 1 of 6
Field Management System : Commission Calculation : Commission statement

# W3 Field Management System

IBM.

## Commission Statement

**IBM Confidential**

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | David A. Kavitz | **Serial:** | 5A8152 | **Cty:** | 897 |
| **Plan type:** | SW291 | **Plan start:** | 01/01/2006 | **Plan end:** | 31/12/2006 |
| **Organization:** | Software Group | **Dept:** | NVXA | **Business unit:** | WCH |
| **On target earnings:** | USD209,406.60 | **FY ref salary:** | USD139,604.40 | **YTD ref salary:** | USD127,970.70 |
| **On target earnings %:** | 150.00 | **TI $:** | USD94,930.29 | **TI %:** | 45.33 |
| **Base pay %:** | 54.67 | **Plan calc type:** | % TI Plan | | |

| | | | |
|---|---|---|---|
| Amount sent to payroll: | **USD114,961.80** | Statement status: | FINAL |
| Commission month: | **11 Seq 1** | Statement no: | **1149140** |

- Summary payment
- Quota based commissions
- Payout table
- Commission salary
- Local challenges

- Advances
- Guarantees
- Commission summary
- Manual payment
- Claims

## Summary payment ⑪

| YTD effective commission: | USD359,748.02 |
|---|---|

(YTD minimum due employee, if applicable, or YTD commission due, whichever is greater)

| | |
|---|---|
| YTD effective commission: | USD359,748.02 |
| **YTD commission due:** | **USD359,748.02** |

| YTD due employee: | USD359,748.02 |
|---|---|

**(Less -)**

Previous automated payments  USD26,555.94

**EXHIBIT** ß  / of 6

Field Management System | Commission Calculation | Commission statement

sent to payroll:

| | |
|---|---|
| **Amount previously paid:** | **USD26,555.94** |

**(Equals =)**

| | |
|---|---|
| **Amount due employee:** | **USD333,192.08** |

| | |
|---|---|
| **Amount sent to payroll:** | **USD114,961.80** |

Payment override in the amount of USD114,961.80 applies this month; therefore amount sent to payroll differs from amount due employee.

| | |
|---|---|
| Amount previously paid: | USD26,555.94 |
| (Plus +) Amount sent to payroll: | USD114,961.80 |

| | |
|---|---|
| **Closing balance paid:** | **USD141,517.74** |

Back to top

**Quota based commissions**

View comments on your performance for a listed group incentive element by clicking **Assessment reason**.

**Incentive element**

| PRI | Incentive element weight: | 55.00 % of TI | | |
|---|---|---|---|---|
| | Description: | Revenue | Commission salary: | USD139,604.40 |
| | Achievement: | USD4,081,429.00 | Payout (seq): | SWGNMGR(6) |
| | YTD quota: | USD1,581,988.83 | FY quota: | USD1,725,806.00 |
| | YTD ach %: | 257.99 | FY ach %: | 236.49 |
| | Attain %: | 650.98 | Commission earned: | USD339,885.39 |
| | Protected attain %: | 20.00 | Protected commission: | USD10,442.33 |
| | FY TI$ at OTE: | USD52,211.66 | Comm on FY TI$ (%): | 650.98 |

**Incentive element**

**EXHIBIT** _B_  2 o5-6

| SEC | Incentive element weight: | 20.00 % of TI | | |
|---|---|---|---|---|
| | Description: | Revenue | Commission salary: | USD139,604.40 |
| | Achievement: | USD951,263.00 | Payout (seq): | SWGNMGR(4) |
| | YTD quota: | USD1,042,843.08 | FY quota: | USD1,137,647.00 |
| | YTD ach %: | 91.22 | FY ach %: | 83.62 |
| | Attain %: | 83.62 | Commission earned: | USD15,875.57 |
| | Protected attain %: | 20.00 | Protected commission: | USD3,797.21 |
| | FY TI$ at OTE: | USD18,986.06 | Comm on FY TI$ (%): | 83.62 |

YTD quota based commission amount: USD355,760.96

Back to top

## Payout table

(current contents of tables used in "Quota Based" calculations including accumulation where applicable)

| Payout table | Description | Seq | Min % achievement needed | Min FY / YTD indicator | Max % achievement needed | Max FY / YTD indicator | FY subtr % |
|---|---|---|---|---|---|---|---|
| SWGNMGR | MISS THRESHOLD 18.4% | 1 | 0.00 | F | | 18.40 | F | 0 |
| SWGNMGR | THRESHOLD YTD 18.4% | 2 | 18.40 | F | | 18.40 | F | 0 |
| SWGNMGR | PASS YTD THRES 18.4% | 3 | 18.40 | F | | 20.00 | F | 0 |
| SWGNMGR | PASS FY THRES 20% | 4 | 20.00 | F | | 100.00 | F | 0 |
| SWGNMGR | ACCEL3X + 20% ETI | 5 | 100.00 | F | | 115.00 | F | 100 |
| SWGNMGR | ACCELERATOR 4X @115% | 6 | 115.00 | F | | 10,000.00 | F | 115 |

Back to top

## Commission salary

| Effective date | Reference salary | Location |
|---|---|---|
| 01/01/2006 | USD11,633.70 | |

Back to top

EXHIBIT *B* 3 of 6

## Local challenges

Total of challenges from previous months: USD3,987.06

| Offer no. | Offer % | Item % | Category/Status Commission salary | Commission % | Commission $ | Description | the plan |
|---|---|---|---|---|---|---|---|

N/A

YTD challenge amount: USD3,987.06

Back to top

## Claims

| | |
|---|---|
| Total of claims from previous months: | USD0.00 |
| Total of protected claims from previous months: | USD0.00 |

View a listed manual monetary claim by clicking the **claim number** .

Values for Amount % indicator column are A-commission amount, P-achievement percent, C-% of plan, S-% of YTD reference salary

| Claim no. | Claim type | Incentive element | Percentage | Amount $ | Amount % indicator | Protected claim amount $ | Description |
|---|---|---|---|---|---|---|---|

N/A

| | |
|---|---|
| YTD claim amount: | USD0.00 |
| YTD protected claim amount: | USD0.00 |

Back to top

## Advances

| | |
|---|---|
| Total of advances from previous months: | USD0.00 |
| Total of protected advances from previous months: | USD0.00 |

View a listed advance by clicking the claim number.

Values for Amount % indicator column are A-commission amount, P-achievement percent, C-% of plan, S-% of YTD reference salary

| Claim no. | Percentage | Amount $ | Amount % indicator | Protected advance amount $ | Description |
|---|---|---|---|---|---|
| 435200 | 0.00 | USD114,961.80 | A | USD0.00 | pymt override per manager |

| | |
|---|---|
| YTD advances: | USD114,961.80 |
| YTD protected advances: | USD0.00 |

Back to top

## Guarantees

Total of guarantees from previous months: USD0.00

EXHIBIT B    4 of 6

Case 4:09-cv-0655-CBAD Document 1-5 Filed 06/23/09 Page 21 of 22
Case 3:08-cv-05591-MEJ    Document 1    Filed 12/16/2008    Page 17 of 18    Page 5 of 6

Field Management System | Commission Calculation | Commission statement

View a listed guarantee by clicking the **claim number**.
Values for Amount % indicator column are A-commission amount, P-achievement percent, C-% of plan, S-% of YTD reference salary

| Claim no. | Percentage | Amount $ | Amount % indicator | Description |
|---|---|---|---|---|

N/A

| | |
|---|---|
| YTD guarantees: | USD0.00 |
| YTD commission withheld during guarantee period: | USD0.00 |
| YTD protected guarantees: | USD0.00 |

YTD protected guarantees = YTD guarantees less minimum of

- YTD guarantees
- YTD commission withheld during guarantee period

Back to top

**Commission summary**

| | YTD quota based commission | YTD claims | YTD local challenges | Total | Effective commission |
|---|---|---|---|---|---|
| **PRI Total** | USD339,885.39 | USD0.00 | N/A | USD339,885.39 | USD339,885.39 |
| **Protected** | USD10,442.33 | USD0.00 | N/A | USD10,442.33 | |
| **SEC Total** | USD15,875.57 | USD0.00 | N/A | USD15,875.57 | USD15,875.57 |
| **Protected** | USD3,797.21 | USD0.00 | N/A | USD3,797.21 | |
| **6TH Total** | N/A | USD0.00 | USD3,987.06 | USD3,987.06 | USD3,987.06 |

YTD effective commission: USD359,748.02

Back to top

**Manual payments**

| | |
|---|---|
| Total of manual payments from previous months: | USD0.00 |
| Total of protected manual payments from previous months: | USD0.00 |

View a listed manual payment or check by clicking the **claim number**.
Values for Amount % indicator column are A-commission amount, P-achievement percent, C-% of plan, S-% of YTD reference salary

| Claim no. | Percentage | Amount s | Amount % indicator | Protected manual payment amount s | Description |
|---|---|---|---|---|---|

N/A

| | |
|---|---|
| YTD manual payment amount: | USD0.00 |

EXHIBIT *B* 5 of 6

YTD protected manual          USD0.00
payment amount:

Back to top

**Go to next statement**

**Audit
trail**

FMS build 5.5 (5.5.1.1)

**EXHIBIT** $B$ $6$ $of 6$